150 P.3d 858

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**January 26, 2007**

| | | |
|---|---|---|
| 27009 | Robinson Accounting Services, Inc. v. Sink | Affirmed |

**January 30, 2007**

| | | |
|---|---|---|
| 26900 | Kersh v. Life Time Fitness, Inc. | Affirmed |
| 26313 | State v. DeCanto | Affirmed |
| 25867 | State v. Lindsey | Affirmed |
| 27064 | State v. Miller | Affirmed |
| 27065 | State v. Miller | Affirmed |
| 27492 | State v. Raqueno | Affirmed |

**January 31, 2007**

| | | |
|---|---|---|
| 26534 | Bank of New York v. Dejos | Affirmed |
| 25416 | Doe, In re | Affirmed |

**February 5, 2007**

| | | |
|---|---|---|
| 27770 | Arcebal-Rabang v. Querubin | Affirmed |
| 26750 | State v. Ancheta | Affirmed |
| 27702 | State v. Barona | Affirmed |

**February 7, 2007**

| | | |
|---|---|---|
| 26536 | Hutch v. Paderes | Affirmed |
| 27289 | State v. Raymond | Affirmed |

**February 8, 2007**

| | | |
|---|---|---|
| 27861 | "K" Children, In re | Affirmed |